20027.   ROTHSTEIN, by Next Friend, *v.* GOLF CLUB CO.

ALMAND, Justice.   After a careful consideration of the record in this case and of the decision rendered by the Court of Appeals (97 *Ga. App.* 128, 102 S. E. 2d 654), we are of the opinion that the court did not err in reversing the judgment of the trial court.

*Judgment affirmed.   All the Justices concur.*

ARGUED MAY 14, 1958—DECIDED JUNE 4, 1958.

*G. Seals Aiken, Chas. W. Bergman,* for plaintiff in error.
*John D. Jones, Greene, Neely, Buckley & DeRieux,* contra.